C. D. San Juan. Infracción Ley de Pesas y Medidas. Julio 14, 1930.

No. 4221.—Pueblo, apldo., *v.* Pellot, aplte.—C. D. Arecibo. Escalamiento en primer grado. Julio 14, 1930.

No. 4177.—Pueblo, apldo., *v.* Marrero, aplte.—C. D. Arecibo. Robo. Julio 14, 1930.

No. 4235.—Pueblo, apldo., *v.* Rosado, aplte.—C. D. Ponce. Adulteración de leche. Julio 21, 1930.

No. 4180.—Pueblo, apldo., *v.* Montalvo, aplte.—C. D. Arecibo. Delito subsiguiente de hurto. Julio 21, 1930.

No. 4258.—Pueblo, apldo., *v.* Alvarez, aplte.—C. D. San Juan. Adulteración de leche. Noviembre 3, 1930.*

No. 4246.—Pueblo, apldo., *v.* Salvá, aplte.—C. D. Humacao. Acometimiento y agresión grave. Noviembre 7, 1930.

No. 4256.—Pueblo, apldo., *v.* Sánchez, aplte.—C. D. San Juan. Falsa representación. Noviembre 7, 1930.*

No. 4248.—Pueblo, apldo., *v.* Colón, aplte.—C. D. Arecibo. Asesinato en segundo grado. Noviembre 7, 1930.*

No. 4275.—Pueblo, apldo., *v.* Delgado, aplte.—C. D. Humacao. Ataque para cometer asesinato. Noviembre 10, 1930.*

No. 4273.—Pueblo, apldo., *v.* López, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Noviembre 10, 1930.*

No. 4263.—Pueblo, apldo., *v.* Ríos et al., apltes.—C. D. Aguadilla. Adulteración de leche. Noviembre 10, 1930.*

No. 4261.—Pueblo, apldo., *v.* Grajales, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Noviembre 10, 1930.*

No. 4259.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Noviembre 10, 1930.*

No. 4245.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D.

* Nota: El Juez Asociado Señor Texidor no intervino.

Aguadilla. Escalamiento en primer grado. Noviembre 10, 1930.*

No. 4244.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Noviembre 10, 1930.*

No. 4274.—Pueblo, apldo., *v.* Natal, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Noviembre 12, 1930.*

No. 4284.—Pueblo, apldo., *v.* Torres, aplte.—C. D. Humacao. Acometimiento y agresión grave. Noviembre 24, 1930.

No. 4290.—Pueblo, apldo., *v.* Ramos, aplte.—C. D. Aguadilla. Hurto menor. Noviembre 24, 1930.

No. 4339.—Pueblo, apldo., *v.* Ortiz, aplte.—C. D. San Juan. Acometimiento y agresión grave. Diciembre 1, 1930.

No. 4338.—Pueblo, apldo., *v.* Gómez, aplte.—C. D. San Juan. Acometimiento y agresión grave. Diciembre 1, 1930.

No. 4343.—Pueblo, apldo., *v.* Pizarro, aplte.—C. D. San Juan. Adulteración de leche. Diciembre 1, 1930.

No. 4342.—Pueblo, apldo., *v.* Pizarro, aplte.—C. D. San Juan. Adulteración de leche. Diciembre 1, 1930.

No. 4340.—Pueblo, apldo., *v.* Castro, aplte.—C. D. San Juan. Perjurio. Diciembre 8, 1930.

No. 4351.—Pueblo, apldo., *v.* González, aplte.—C. D. San Juan. Infracción artículo 440 del Código Penal. Diciembre 8, 1930.

No. 4350.—Pueblo, apldo., *v.* Amill, aplte.—C. D. San Juan. Acometimiento y agresión grave. Diciembre 8, 1930.

No. 4349.—Pueblo, apldo., *v.* Ortiz, aplte.—C. D. San Juan. Alterar la paz. Diciembre 8, 1930.

No. 4348.—Pueblo, apldo., *v.* Osorio, aplte.—C. D. San Juan. Homicidio involuntario. Diciembre 8, 1930.

No. 4345.—Pueblo, apldo., *v.* Medina, aplte.—C. D. San Juan. Perjurio. Diciembre 8, 1930.

No. 4330.—Pueblo, apldo., *v.* López Jr., aplte.—C. D.

---

* Nota: El Juez Asociado Señor Texidor no intervino.